The Germantown National Bank et al., Appellants, *v.* The Employers' Liability Assurance Corporation, Ltd., of London, England, et al., Respondents.

(Argued December 13, 1933; decided January 9, 1934.)

*Raymond E. Aldrich* for appellants.

*Charles B. Sullivan, Frank B. Holsapple* and *Bertrand L. Pettigrew* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.